UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 11-CR-20540

    HON. GEORGE CARAM STEEH

MUHAMMAD AHMAD,

    Defendant.
_____/

ORDER DENYING MOTION FOR
RECONSIDERATION SEEKING EXTENDED
COMMUNITY CORRECTIONAL CENTER TIME [ECF NO. 700]

This matter is before the court on defendant Muhammad Ahmad's motion for reconsideration seeking a recommendation from the court to the Bureau of Prisons ("BOP") that he be placed in a Community Correctional Center ("CCC") for a period of 12 months pursuant to the Second Chance Act of 2007. The Second Chance Act authorizes the BOP to consider placing an inmate in a CCC or Residential Reentry Center ("RCC") for up to the final 12 months of his or her sentence. 18 U.S.C. § 3624(c). "Any order, recommendation, or request by a sentencing court that a convicted person serve a term of imprisonment in a community corrections facility shall have no binding effect on the authority of the Bureau under this section to determine or change the place of imprisonment of that person."

18 U.S.C. § 3621. Courts may make non-binding recommendations for RCC or CCC placement, but the BOP has exclusive authority to determine if an inmate should be placed therein.

This court is of the belief that the BOP has the most complete and accurate information necessary to determine whether, and if so when, defendant or any inmate is suitable for placement in a CCC or RCC. For this reason, the court did not and will not attempt to influence the BOP's decision in this regard.

The court denied defendant's initial request on May 2, 2019 [ECF No. 699] and now denies defendant's motion for reconsideration.

It is so ordered.

Dated: June 4, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 4, 2019, by electronic and/or ordinary mail and also on Muhammad Ahmad #42362-424, FCI Morgantown, Federal Correctional Institution, P.O. Box 1000 Morgantown, WV 26507.

s/Barbara Radke
Deputy Clerk