UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v().

MUHAMMAD AHMAD,

    Defendant.
_____/

Case No. 11-CR-20540-04

HON. GEORGE CARAM STEEH

ORDER DENYING DEFENDANT'S MOTION
TO TERMINATE PROBATION [ECF NO. 740]

For approximately three years, from 2008 to 2011, defendant Muhammad Ahmad conspired with others to commit health care fraud in violation of 18 U.S.C. § 1349. Ahmad and his co-conspirators billed Medicare under a fraudulent scheme for services that were medically unnecessary and/or never rendered. Ahmad and his co-conspirators created shell companies which they used to conceal and disguise the proceeds of the health care fraud scheme. On June 6, 2012, Ahmad entered a plea of guilty to conspiracy to commit health care fraud and money laundering. On August 1, 2016, Ahmad was sentenced to 68 months imprisonment followed by a three-year term of supervised release. Ahmad has completed his term of imprisonment and was released on

September 9, 2020. He has now served approximately one year of his supervised release. The matter is before the Court on Ahmad's motion to terminate his term of supervision.

Ahmad describes his self-improvement since his incarceration, including continued education in project management, as well as giving back to his community by engaging in volunteer work. He also makes monthly payments toward his restitution. Ahmad states that he seeks early termination from the terms of his supervised release so he can obtain better employment that might require travel. He refers generally to employment opportunities in project management that would come with increased pay which would allow him to better provide for his family. Ahmad includes letters of support from his employer at Sunny Oil, an Iman at Masjid Taqwa where he engages in volunteer work, and a family friend.

By all accounts shared by Ahmad, he is doing what he is supposed to be doing under the terms of his supervised release. He describes a successful rehabilitation effort, and he appears to be thriving and moving in a positive direction. However, having completed just one third of his supervision, and there being no extenuating circumstances that warrant early termination, there is insufficient basis to terminate supervision at this time. Mr. Ahmad should continue on his current path and may seek relief

again in the future, after he has completed a larger portion of his term of supervised release.

It is so ordered.

Dated: September 29, 2021

                                s/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 29, 2021, by electronic and/or ordinary mail and also on Muhammad Ahmad, 4252 Crystal Creek Drive, Ypsilanti, MI  48197.

s/B Sauve
Deputy Clerk